**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Nicholas Todd FREED, Defendant–
Appellant.**

**No. 15–10637
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/22/2016

James Wesley Hendrix, Assistant U.S. Attorney, Dallas, TX, for Plaintiff–Appellee.

Nicholas Todd Freed, FCI Elkton, Lisbon, OH, for Defendant–Appellant.

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Nicholas Todd Freed has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Freed has filed a response. We have reviewed counsel's brief and the relevant parts of the record reflected therein, as well as Freed's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities herein, and the **APPEAL IS DISMISSED**. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.